UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-183 (GK)** |
| | : | |
| **v.** | : | |
| | : | |
| **HAJILE KASHIF GHOLSON** | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Perham Gorji, at telephone number 202-353-8822 and/or email address Perham.Gorji@usdoj.gov . Perham Gorji enters his appearance as counsel for the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451-058

_____
Perham Gorji
Assistant United States Attorney
Federal Major Crimes
555 4th Street, NW,  Room 4233
Washington, DC 20530
202-353-8822