UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 06-183 (GK) |
| : | |
| HAJILE KASHIF GHOLSON : | |
| : | |
| Defendant. : | |

## NOTICE OF FILING

The government requests that the attached discovery letter, dated August 14, 2006, without enclosures, be made part of the record in this case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

By: _____
Perham Gorji
Assistant United States Attorney
Delaware Bar No. 3737
U.S. Attorney's Office
555 4th Street, N.W., Rm. 4233
Washington, D.C. 20530
(202) 353-8822

## Certificate of Service

I hereby certify that a copy of the Notice of Filing and the attached discovery letter dated August 14, with enclosures, were served by first class mail upon counsel of record for the defendant, Jonathan Jeffress, Federal Public Defender, 625 Indiana Avenue, NW, Suite 550, Washington, DC 20004, this __15th___ day of August, 2006.

_____
Assistant United States Attorney