

**U.S. Department of Justice**

United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20001*

August 14, 2006

**By Hand Delivery In Court**

**By U.S. Mail**
Jonathan Jeffress, Esquire
Federal Public Defender
625 Indiana Ave., N.W.
Suite 550
Washington, DC 20004
202-208-7500
jonathan_jeffress@fd.org

          Re:    <u>United States v. Hajile Kashif Gholson</u>
                 Case No. 06-183 (GK)

Dear Counsel:

     I am writing to provide you with certain information in response to your request for discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure. Copies of the following documents are enclosed with this letter:

- ATF Report of Investigation No. 2 (1 page)
- ATF Report of Investigation No. 3 (1 page)
- Qualification Statement by Josh Green (2 pages)
- DEA Laboratory Report and DEA 7 (2 pages)
- Prints sheet (1 page)
- ATF Gun Trace (1 page)
- USSS Crime Scene Evidence Report (2 pages)
- USSS ammunition report (1 page)
- diagram (1 page)

     Enclosed is the DEA analysis of the narcotics seized in this case. At trial, the government will call Elizabeth Pascual to testify consistent with his report. **Should you not be willing to stipulate to the results of the DEA analysis, please let me know as soon as possible (in writing) so that there will be no trial delay**; I will then have to make arrangements for the chemist to testify.

In addition, the government intends to call ATF Agent Joshua Green to testify, consistent with his report, that the firearm was not manufacture in the District of Columbia, or the United States. A copy of Agent Green's qualifications is enclosed.

If you have any questions about the information provided above, you may contact me by telephone, fax, mail, or e-mail.

Perham Gorji
Office of the United States Attorney
Federal Major Crimes Section
Room 4233
555 Fourth Street, N.W.
Washington, D.C.  20530

Office:     202-353-8822
Fax:       202-616-3782
E-mail:    perham.gorji@usdoj.gov

If you file any pleading in this case, please note that our zip code has changed recently to 20530. Also, please fax any pleadings or correspondence so that we may be assured receipt of the document.

          Sincerely,

          KENNETH L. WAINSTEIN
          United States Attorney


By:

          PERHAM GORJI
          Assistant United States Attorney

cc: District Court Case File (without attachments)