UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           :
                                     :
          v.                         :   Criminal No. 06-183 (GK)
                                     :   [handwritten: 06-183, crossed out 06-209]
*Hajile Gholson* [handwritten over] ANTOINE P. HUDSON,   :
                                     :   **FILED**
          Defendant.                 :   AUG 1 8 2006
                                     :   NANCY MAYER WHITTINGTON, CLERK
                                         U.S. DISTRICT COURT

## ORDER

It is hereby this 18th day of Aug., 2006,

**ORDERED** that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than Nov 1, 2006, and it is further

**ORDERED** that any sentencing memoranda are to be filed no later than Nov 9, 2006 by 5:00 p.m., and it is further

**ORDERED** that the defendant shall be sentenced in Courtroom #26 on Nov. 15, 2006 at 4:15 p.m.

**IT IS SO ORDERED.**

_/s/ Gladys Kessler_
Gladys Kessler
U.S. District Judge