UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO.  06-183 (GK) |
| | : | |
| HAJILE KASHIF GHOLSON | : | |
| | : | |
| Defendant. | : | |
| | : | |

GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this motion to continue the sentencing in the above captioned case, currently scheduled for December 22, 2006, at 4:30 p.m., until a day in January 2007.  In support of this motion, the government states as follows:

1.      On August 18, 2006, the defendant entered a plea of guilty in the above captioned case to Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1), and Unlawful Possession with Intent to Distribute Marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)( C). At the end of the plea hearing, the Court set a sentencing date of November 15, 2006, and permitted the defendant to remain released pending sentencing.

2.      On September 12, 2006, the Court reset the sentencing date to December 22, 2006, at 4:30 p.m.

3.      The undersigned Assistant U.S. Attorney will be unavailable on that date and requests that the Court continue the sentencing to a date that is convenient for both parties and the Court.

4.      The government has conferred with defense counsel, Mr. Jonathan Jeffress of the

Federal Public Defender Office.  The defense does not oppose the government's request, and is

available during the first three weeks of January 2007, except January 8, 2007, and January 22, 2007.

WHEREFORE, it is respectfully requested that this motion be granted, and that the

sentencing date in the above captioned case be continued until a date in January 2007, except as

indicated above.

Respectfully submitted,
KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
Bar No. 451-058

By:   PERHAM GORJI
ASSISTANT U.S. ATTORNEY
Delaware Bar No. 3737
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-8822
perham.gorji@usdoj.gov

CERTIFICATE OF SERVICE

       I hereby certify that a copy of this motion has been served by first class mail upon counsel of record for the defendant, Jonathan Jeffress, Federal Public Defender, 625 Indiana Avenue, NW, Suite 550, Washington, DC 20004,  this ____ day of September, 2006.


_____
Assistant United States Attorney