UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO. 06-183 (GK)** |
| : | |
| **HAJILE KASHIF GHOLSON** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

ORDER

The Court, having considered the Government's Unopposed Motion to Continue Sentencing (the "Motion"), and based on the representations made in such motion, and good cause having been shown, it is this ____ day of _____, 2006,

ORDERED that the Motion is GRANTED, and it is further

ORDERED that the sentencing hearing scheduled for December 22, 2006, shall be continued to January ____, 2007, at ___:____ __.m.

_____
Judge Gladys Kessler
United States District Court for
the District of Columbia