# EXHIBIT 1

12-10-06

"Dear Judge Kessler,"

My name is Carolyn Rebecca Alston,
I am the mother of Hajile Eholson. I am
aware of my son's case. I would like to
share with you what I Know about him,
I know that I raised him to have faith,
and to know right from wrong and to have
good intentions towards his-self, family, friends
and the law and society ect. and to be a pro-
ductive citizen, Sometimes your good can get
involved with being carried out the wrong way and

the good intention is misled in which I think

could have happen to my son. Hajile gets along

very well with family and friends to my knowledge,

he has always gotten along in school, I raised

him to be a peaceful person along with his

two sisters. He has been working at Heritage

auto for almost ten years, they seem to

have a good relationship with my son. When

he was a child he showed good home training

at home and at school and at religious

ceremonies, he even went to a religious school

they were proud of him at the school. Hajile is very

charming, intelligent, and likable Human Being.

he played sports such as basketball, football, baseball and other sport activities in school and with the Department OF Recreation. Hajile and his sisters use to visit the potters house for other religious and fun filled activities, they would often pick the children up in the neigborhood. He completed elementary and junior high school with diplomas he attended Senior High School to be a physical therapist in the future but he haven't completed high school yet. Hajile has Four beautiful children, he has three sons and one daughter,

he loves them dearly and they love him too. I Know that they need him, he is a nurturing father and his job helps him to provide for them financially. Your Honour, I hope that in your sentencing that you could provide a way for Hajile to continue doing good and productive things for himself, his children and society.

Thank you

Ms. Alston