# EXHIBIT 2

December 11, 2006

Dear Judge Kessler,

My name is Tyrone Skeen, I am Mr. Gholson's supervisor at Heritage Auto Plaza.

Your Honor, I've worked with Mr. Gholson for the past five years and find that he is a very hard worker and is very dedicated to the company. Mr. Gholson has been here at Heritage for the past nine years. He has the respect and admiration of the company owner.

Your Honor, I've also learned another thing about Mr. Gholson since meeting him, and that is that he is truly a family oriented man. I've never met his parents but I feel I've known them for a time. Mr. Gholson has been bringing family photos to work to show his co-workers after family events, such as brithdays, weddings and such. I have had the oppurtunity to meet his children who are well mannered and respectful.

Your Honor, Mr. Gholson has informed me of the incident that he has before you and I hope that this letter gives you an idea of how much he has to offer to the community and his family.

Sincerly,
Tyrone Skeen