# EXHIBIT 3

December 4, 2006

Dear Judge Kessler,

My name is Leonard T. Green and I am a co-worker of the defendent. I have known the defendent for about two years or so, he has been a good friend and a

helping hand to me and his co-workers on the job. Since i have known him he has never disrespected know one. He does what ever the supervisors ask him to and some

more. He jokes around with everyone he has a great personality and willingness to please. He talks to you when you are feeling down, helps you at work when you have

to much work he will give you a helping hand so that the work gets done. He spends time with his kids and family which is good. Most people don't do that, Mr. Gholson

has been working for Heritage for nine years straight. I myself have been working with Hajile for all most a year and we talk to each other about family, friends, our kids

and how they are doing in school so on and so fourth. We talk about what we want to do in the future getting a better job and going back to school so that we can seek a

degree in a career and making a better life for our children. Mr. Gholson is a good person to everyone he knows and treats everyone with the same respect, I don't know

much about him outside of the job but i know about him and what he does at work, but at work he is a calm and respectable individual and very laid back. He will help you

in your time of need or just when you need a friend he is there. We all have our ups and downs, we all make mistakes and have choices, we all try to take the short

way out to make a little extra money to feed our family and more importantly our children and to pay the bills. We all have strayed to take the short cut instead of

taking the long road to get ahead knowing that taking the short cut has its consequences. I believe that Mr. Gholson is sorry for what he has done he knows that it is

wrong and he regrets making that wrong decision he can't change what he has done but he can take this and make sure that the wrong that he has committed does

not happen again, but talking to him about somethings in life let's me know that he is trying to be a better person a better father, friend, son and employee. I believe

that he will succed and he will become what he wants to be in the future. He can do that from home with help from his family and friends and other supportive

individuals that is around him he cannot do this from prison he can do better outside of prison.

*[signature: Leonard Green]*