# EXHIBIT 4

Merrill Horner                                              December 6, 2006
United States Marshal Service
Judicial Security Contracts
CS-3, 6th Floor
Washington, D.C. 20530-1000


HONORABLE Gladys Kessler
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001


Dear Judge Kessler,

    I know Mr. Gholson through my son who works at Heritage Chevrolet in Alexandria for over six years.. Every time I have met Mr. Gholson he has been respectful and friendly. My son mentions him frequently as to his abilities on the job and showing up for work on time without missing a day. In other words Mr. Gholson is a very dependable employee. I am very saddened to hear of the charges against Mr. Gholson as they don't seem to fit his character at all. He is defiantly a family man, but is raising his children without a wife, I can only imagine the burden that must be on him on a daily basis. From what I know of Hajil, I am sure if he has another chance to take care of his family, he will never come in front of the courts for any infractions of the law again. I do feel that Mr. Gholson does deserve consideration for leniency, and will become a credit to society now and in the future..


                                            Sincerely,

                                            Merrill E. Horner
                                            Ph: 202 307-9182