# EXHIBIT 5

December 12, 2006

Dear Judge Kessler,

My name is Chaundise Battle, I am the mother of Hajile Gholson two younger children. I would like to say that

Hajile takes real good care of his kids. He is a good provider, he is there for anything his kids ask of him, he make's sure that the

kids have all that is needed in. Hajile is a good person he has a steady job with a steady income, but he talks about this better job

that is in the waiting but does not know what to do about it because of these issues at hand. But he still goes to work everyday and

he is a hard worker and performs his job very well. He is a good father, friend and is willing to help other's when they are in need. So

i ask you Judge Kessler to please give Hajile another chance. I know you won't see Hajile Gholson in your courtroom again. Please

Judge Kessler take my letter and what i have written into consideration and give him another chance. If you have any questions or

anything you can reach me at 202-415-9399, thank you and have a bless day.

Thank you,

Chaundise Battle

*Chaundise Battle*