# EXHIBIT 6

December 1, 2006

Dear Judge Kessier,

My name is Naugie Pratt and I'm a very close friend and co-worker of Mr. Hajil Gholson, I'm writing this letter on behalf of my good friend Mr Gholson because i know he

has made some wrong decisions in the past that could cost him quite dearly. Me and Mr. Gholson met several months ago when i first became employed at Heritage

Auto Plaza and we in stantly became the best of friends. It's shocking to believe that Mr. Gholson did anything wrong in the first place due to his wonderful, outgoing

personality, and willingness to please and help others. Over the past few months we've learned quite a bit about each other just from hanging out during and after work,

or just having simple conversation, and I've really grown to admire and think highly of him as a person, friend, father, and employee. Mr. Gholson has three beautiful

children whom he would do anything for. His two sons look up to him, and his daughter praises the ground that he walks on. Although they don'y stay with him during

the week I'm fully aware that he keeps them pretty much every weekend just to have that special quality time. Over time I've come to learn that family is very important

to him and this is mainly the reason why he helps take care of his mother and his sister financially whenever he can. I' ve also had a number of opportunities through

family functions that Mr. Gholson has invited me to, to see how he mentors his nieces and nephews, often talking about some of the mistakes he has made in the past

and why they should not go down that same destructive path. It's kind of funny because children rarely ever listen, but it's as if the kids are practically drawn to him

and for the most part they really pay attention and take heed to what he has to say. This is another reason why i admire Mr. Gholson so much. Sometime when

people get in trouble with the law, society sometimes wants to view that person as a violent and rough criminal, but this isn't the case with Mr. Gholson. He has the

biggest heart and he's always trying to help everyone. I'm not excusing the fact that Mr. Gholson did wrong but what i am saying is that Mr. Gholson would serve a

better purpose outside of prison to his family and friends than he would in prison to no one. He has so many things going for him, and his purpose in life is not to

create disastrous situations for himself or for others. He's been working at Heritage Auto Plaza for the past nine years, and in his spare time he details cars and

spends time with his family as well as positive people from the church that he attends every Sunday. In addition to all of this, he's also looking to seek his degree in

Business Management. This may not be alot to you Your Honor, but i see a complete change in him. He no longer want to do wrong or hang with people who are bad

influences, he only wants a better life for himself and his family, and i truly believe that with help and support from his family, friends, and congregation that he could be

successful in accomplishing just that. I hope my letter has been helpful in your making your decision during sentencing and I also hope that you can see all of the

potential that i see in Mr. Gholson. If you have any questions or concerns, feel free to contact me at (202)230-7935

Sincerly,

Naugie Pratt