# EXHIBIT 7

December 12, 2006

Dear Honorable Judge Kesselet,

      I am writing this letter on behalf of Mr. Gholson. I'd like to take a few moments to say that Mr. Gholson despite of his

current situation, he is truly a good person, friend and father. My relationship with Mr. Gholson goes back over ten years. Through

those years I've seen him as a hard worker and a person that i could look up to when i was down and made bad choices. He is

always there when i need him. When i am at work i always thank him because when i was down and out and hit rock bottom Mr.

Gholson helped me find the current job that i am working now, that is the type of person that he is willing to help others. We all

make bad choices in life and sometimes it is not who we are when we make them. Mr. Gholson helped me in a time when i felt like

taking the easy way out of life which was taking my own life. He has truly been a role model to his kids, friends and family. He is a

good provider for his family he comes to work everyday and does his job well to support the one's that he loves the most. He is

about the only one that brings his kids to work and still maintain his position at the work place. Your honor my name is Mr. Sherrill

and i ask you to take this letter into consideration at sentencing. If you have any questions you may contact me at 240-533-5529

and my you have a blessed day.


Sincerly,

John Sherrill

*John Sherrill*