IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Crim. No. 06-183 (GK) |
| HAJILE KASHIF GHOLSON, | ) |
| Defendant. | ) |

**DEFENDANT HAJILE GHOLSON'S UNOPPOSED
MOTION TO MODIFY HOURS OF HOME DETENTION**

Defendant, Hajile Gholson, through undersigned counsel, respectfully submits this unopposed motion to modify his hours of home detention so that he may have an additional eight (8) hours per weekend to spend with his children for recreational activities.

As grounds for this motion, defense counsel submits:

1. On August 18, 2006, Mr. Gholson entered a plea of guilty to one count of unlawful possession of a firearm by a convicted felon and one count of possession with intent to distribute marijuana. On January 4, 2007, Mr. Gholson was sentenced to three years probation, with the condition that he be on home confinement with electronic monitoring for a period of 27 months.

2. United States Probation Officer Danny Thomas reports that, since his sentencing, Mr. Gholson has not incurred a single violation of the terms and conditions of his probation.

3. Mr. Gholson has four children (three sons and one daughter): Elijah (age 12), Maniya (age 9), Jah-Shawn (age 7) and Hajile, Jr. (age 9 months). Particularly during the approaching summer months, Mr. Gholson seeks to spend more time with his children outdoors,

including picnics and recreational activities such as sports.

4.  Currently, Mr. Gholson's hours allow him to be out on weekends only for six hours per weekend day.  Because Mr. Gholson works six days a week as a car detailer at Heritage Auto, he has precious little time to spend with his children on weekends for outdoor activities.  Accordingly, Mr. Gholson is respectfully requesting an additional 8 hours per week that he can use to spend with his children on weekend activities.

5.  Defense counsel contacted USPO Danny Thomas, who has no opposition to this Motion.  Defense counsel also contacted the AUSA assigned to this case, Perham Gorji.  The government defers to the position of Probation.

WHEREFORE, Defendant respectfully requests that the Court enter the attached order modifying Mr. Gholson's conditions of probation so that he may have as additional eight (8) hours per week.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202)  208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 06-183 (GK) |
| ) | |
| HAJILE KASHIF GHOLSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the defendant's Unopposed Motion, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that defendant's hours of home detention shall be modified so that he may have an additional eight (8) hours per week outside the home.

All other conditions of defendant's probation remain the same.

**SO ORDERED.**

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

_____
DATE

Jonathan S. Jeffress, AFPD
Perham Gorji, AUSA
Danny Thomas, United States Probation Office