IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 06-183 (GK) |
| ) | |
| HAJILE KASHIF GHOLSON, ) | **FILED** |
| ) | |
| Defendant. ) | MAY 0 7 2007 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

**ORDER**

Upon consideration of the defendant's Unopposed Motion, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that defendant's hours of home detention shall be modified so that he may have an additional eight (8) hours per week outside the home.

All other conditions of defendant's probation remain the same.

**SO ORDERED.**

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

DATE May 7, 2007

Jonathan S. Jeffress, AFPD
Perham Gorji, AUSA
Danny Thomas, United States Probation Office