IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Crim. No. 06-183 (GK) |
| ) | |
| HAJILE KASHIF GHOLSON,   ) | |
| ) | |
| Defendant.   ) | |

**DEFENDANT HAJILE GHOLSON'S UNOPPOSED
MOTION TO MODIFY CONDITIONS OF PROBATION**

Defendant, Hajile Gholson, through undersigned counsel, respectfully submits this unopposed motion to modify his conditions of probation. Specifically, Mr. Gholson respectfully asks this Court to vacate the condition of electronic monitoring. As discussed infra, this Motion is based on Mr. Gholson's new employment opportunity and his flawless record of compliance with the conditions of his probation.

As grounds for this motion, defense counsel submits:

1.  On August 18, 2006, Mr. Gholson entered a plea of guilty to one count of unlawful possession of a firearm by a convicted felon and one count of possession with intent to distribute marijuana. On January 4, 2007, Mr. Gholson was sentenced to three years probation, with the condition that he be on home confinement with electronic monitoring for a period of 27 months.

2.  Mr. Gholson has now been on probation for approximately eleven (11) months. United States Probation Officer Danny Thomas reports that Mr. Gholson has not incurred a single violation of the terms and conditions of his probation.

3.  As reflected in the attached letter from Mr. Gholson to the Court (see Ex. 1), Mr. Gholson has a new employment. Specifically, since September 10, 2007, Mr. Gholson has been working as an HVAC helper with EMCOR facilities services. See Ex. 2 (offer of employment to Mr. Gholson from EMCOR).

4.  EMCOR seeks to send Mr. Gholson to job training classes through the company for a two year program, in order to train Mr. Gholson on air conditioning and plumbing systems. If Mr. Gholson is permitted to take advantage of this employment opportunity, it will substantially increase his job responsibilities and his family's income. In order to pursue the job training opportunity with EMCOR, Mr. Gholson must be available for several hours either before or after work, three times a week, so he can participate in the job training sessions. Mr. Gholson cannot participate in this job training program under his current conditions of probation, which only allow him to be outside the home for twelve (12) hours per day. Specifically, Mr. Gholson would need at least fifteen (15) hours outside the home on the three days a week he must participate in the training classes. The job training classes begin in December 2007.

4.  Given the facts set forth above, as well as Mr. Gholson's flawless compliance with the conditions of electronic monitoring for nearly a year now, the defense respectfully requests that the Court vacate the electronic monitoring condition of Mr. Gholson's probation, while leaving all other conditions of his probation the same.

5.  The defense understands that an alternative to the relief requested in the instant motion would be to enlarge Mr. Gholson's hours on the days he takes the training courses. This is difficult, however, because EMCOR does not tell Mr. Gholson in advance what his schedule for the training courses will be. The defense believes it would be preferable for all parties to vacate

the electronic monitoring condition, so as to alleviate the administrative burden of electronic monitoring under these circumstances.

6. Defense counsel contacted USPO Danny Thomas. Mr. Thomas's office's policy is not to take a position on requests such as this one. Defense counsel also contacted the AUSA assigned to this case, Perham Gorji. The government has no objection to this Motion and defers to the Court.

WHEREFORE, Defendant respectfully requests that the Court enter the attached order modifying Mr. Gholson's conditions of probation to vacate the condition of electronic monitoring.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C. 20004
(202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Crim. No. 06-183 (GK) |
| HAJILE KASHIF GHOLSON, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the defendant's Unopposed Motion to Modify Conditions of Probation, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that defendant's condition of electronic monitoring is hereby **VACATED**.

All other conditions of defendant's probation remain the same.

**SO ORDERED.**

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

_____
DATE

Jonathan S. Jeffress, AFPD
Perham Gorji, AUSA
Danny Thomas, United States Probation Office