# EXHIBIT 1

Dear Honorable Judge Kessler,

How are you doing, Fine I hope My name is Hajile Gholson, I was sentence to 36 months of probation with 27 of that on house arrest on Jan. 24, 2006, I have served nearly one year of that sentence now including house arrest and I can say that it has truly been a blessen in a way of making me be more focus as a person and a father and being able to spend that quality time with my kids, when at first I was being disstracted by a few negativities wich ended me in this situation I am in now but I have no excuses but I do have regrets of making bad choices. But since then I have found a better job to support me and my family I have been using my time "very, very-wisley" I am working with a HVAC company as a HVAC helper, the company is named EMCor facilities its a great opportunity for me and my family it has all the benefits we need for support they also have a opportunity for me to attend the apprentice school, its a four year

course for me to further my career and have a chance of becoming a HVAC Tec. So I am writting you this letter hoping you would consider early release of house arrest so I can attend this class but with being on home monitoring they are only alowing me 12 hours a day for work and I wouldnt be able to attend school that way so I am writting you hoping you would consider if you will Thank you and have a bless day.

Hajile Gholson
11-29-07