# EXHIBIT 2



August 30, 2007

EMCOR Facilities Services, Inc.
320 23rd Street South
Suite 100
Arlington, VA 22202

Phone: 703.553.7500
Fax: 703.769.1063

Mr. Hajile Gholson
4843 New Hampshire Avenue NW #3
Washington, DC 20011

Dear Mr. Gholson:

We are pleased to confirm in this letter the initial terms of your full-time, regular employment with EMCOR Facilities Services. We believe that you will enjoy the challenge and opportunities that we have to offer. We understand you will be joining us on September 10, 2007.

1. **Position:** Helper

2. **Base Salary:** Your hourly rate is $15.63 subject to applicable withholding. You are paid bi-weekly in arrears. Paychecks will be mailed to the home address on file with us or, upon your direction, deposited directly into your bank account.

3. **Status:** Non-exempt (eligible for overtime)

4. **Vacation:** Your vacation will be covered by Union. Please refer to the Union Agreement.

5. **Benefits:** Your benefits will be covered by Union. Please refer to the Union Agreement.

6. **Background Check:** This offer is conditioned upon a complete and satisfactory background investigation to include employment reference checks, a pre-employment drug test, a motor vehicle record check, a criminal background check, and a credit check.

7. Per the Immigration Reform and Control Act of 1986, on your first day of work, please bring in documentation that establishes your identity and your right to work.

This letter is not to be considered an agreement for employment for a term, and, unless you are covered by a collective bargaining agreement between the Company and your Union that provides to the contrary, your employment will be one "at will." This means that you may terminate your employment at any time and, similarly, the Company may terminate your employment at any time. This employment-at-will relationship cannot be altered except by express written agreement signed by you and an officer of the Company.

our jurisdiction and work hours. definite must because of the size of

When you become an apprentice, you will be on probation for one (1) year after which time having met all the necessary requirements, you will be inducted as a member of Local 602.

During that year you will be required to join Steamfitters' Local 602. The initiation fee to join Local 602 is $500.00 payable in $100.00 payments due January 1st of each year of your apprenticeship. Should you be required to repeat a year, your initiation fee would increase by $100.00 for each year not to exceed the maximum amount of $800.00.

While working as a Helper, Apprentice or Journeyman, you are required to pay monthly dues to Local 602 as follows (Dues will increase):

| | |
|---|---|
| Helper | 40.00 |
| 1st & 2nd Year Apprentice | 40.00 |
| 3rd, 4th & 5th Year Apprentice | 42.00 |
| Journeyman | 56.00 |
| Death Assessment | 3.00 |

Dues are payable either by mail or hand deliver to the following address:

Steamfitters Local 602
8700 Ashwood Drive, 2nd Floor
Capitol Heights, MD 20743

As an apprentice, you will be eligible for regular advancement in wages if you apply yourself and meet the requirements for advancements.

As an apprentice, you will be eligible for health & welfare benefits when you work the required hours.

As an apprentice, you are expected to be at work on time which means at least twenty minutes before starting time, also you are expected to be at work every day. This is very important in our trade. If you are running late or have to miss a day from work, you are expected to call your employer and apprenticeship office.

As an apprentice you will attend school two (2) nights per week from late August through May of each year. Also, during the first four (4) years of your apprenticeship from the first Saturday of November to the last Saturday in March you are expected to attend school on Saturdays. You will be expected to maintain your grades throughout the apprenticeship program.

As an apprentice you will be expected to take orders and comply with them. As you progress through your apprenticeship, you will learn to adjust with different personalities.

If you follow these guidelines, you will secure a future in the union. You will develop skills to become a qualified union Steamfitters receiving top wages, health insurance and pension benefits. This will insure that you will lead a successful life in protecting your family and yourself with health benefits and a securing retirement plan that allows you to retire with dignity.

THE APPRENTICE COMMITTEE SELECTS STUDENTS of ANY RACE, COLOR, NATION OR ETHNIC ORIGIN, SEX, AGE, AGE AND DISABILITY TO ALL THE RIGHTS, PRIVILEGES, PROGRAMS AND ACTIVITIES GENERALLY ACCORDED OR MADE AVAILABLE TO STUDENTS AT THE SCHOOL. THE APPRENTICESHIP COMMITTEE IS ACTIVELY RECRUITING APPLICANTS INCLUDING MINORITIES AND FEMALES.

# STEAMFITTER
(Heating, Air Conditioning, Refrigeration & Process Piping)

| | |
|---|---|
| TRAINING DIRECTOR: | RONALD E. O'BIER |
| ASST. TRAINING DIRECTOR: | SEAN T. STRASER |
| ASST. TRAINING DIRECTOR: | GARY E. MURDOCK |

Steamfitters Local 602 J.A.T.C.
8509 Ardmore-Ardwick Road
Landover, MD 20785
Telephone: 301-341-1555

**DESCRIPTION OF PROGRAM:** Five (5) Year Program
Two 3½ hour evening classes per week plus Saturdays
144 hours to 256 hours of related instruction
Must be at least 18 years old as of August 15, 2008

**EDUCATIONAL REQUIREMENTS:** High School Diploma by June 30, 2008 or General Education Diploma (GED) by January 31, 2008

**MANDATORY TESTS:** Math Test (must be passed in order to be considered for an interview. A "sample" math test will be available at the time of application.)
Drug Test if Accepted
Random Drug Testing after Accepted

**DOCUMENTS REQUIRED:** High School Diploma by June 30th, 2008
Transcript of High School Grades (Official Seal)
Or (if you are a high school senior, you must provide an official letter from your high school for documentation purposes verifying your proposed date of graduation.)
GED Diploma & Test Scores Results
Birth Certificate
Photo Identification (Driver's License Preferred)
Social Security Card

**BENEFITS:** Salary: Apprentice's starting wages are 45% of Journeyman's scale with increases annually to 80% of Journeyman scale.
Other: Health & Welfare Plan Pension Plan

**APPLICATION PERIOD:** January every year. Monday, Wednesday & Friday mornings 8:00 a.m. to 11:00 a.m. for two weeks applications must be made in person.

**APPRENTICE RESPONSIBILITES:** All apprentices are required to purchase their own school books. They are also required to pay montly

UNION DUES TO LOCAL 602 (SEE CONTACT INFO. BELOW). DUES ARE DEALT WITH BY THE LOCAL UNION HALL – NOT THE SCHOOL.

**BENEFITS PROVIDED:**

1. TRAINING (SCHOLARSHIP)
2. HEALTH AND WELFARE (MEDICAL INSURANCE)
3. PENSION PLAN

BENEFITS ARE PAID BY THE EMPLOYER (NOT PART OF WAGES)

**HELPERS JOB:**

WHILE WAITING TO MAKE APPLICATION FOR AN APPRENTICESHIP POSITION INTERESTED PARTIES MAY CONTACT:

STEAMFITTERS LOCAL 602
8700 ASHWOOD DR, 2ND FLOOR
CAPITOL HEIGHTS, MD 20743
(301) 333-2356

AND SIGN UP FOR A HELPER'S JOB.

**DESCRIPTION:**

## ENVIRONMENTAL TECHNICIAN (STEAMFITTER)

A STEAMFITTER IS A PERSON WHO FABRICATES, INSTALLS & SERVICES PIPING SYSTEMS.

STEAMFITTERS WORK ON TWO DIFFERENT TYPES OF PIPING SYSTEMS - COMMERCIAL & INDUSTRIAL. THE COMMERCIAL SYSTEMS ARE HEATING, AIR CONDITIONING & REFRIGERATION. THE INDUSTRIAL SYSTEMS ARE THE CONSTRUCTION OF PIPING SYSTEMS OR ELECTRICAL POWER GENERATORS, WASTEWATER TREATMENT, SOLID WASTE DISPOSAL, & INDUSTRIAL MANUFACTURING PROCESS.

STEAMFITTERS MUST BE ABLE TO USE THE TOOLS OF THE TRADE. SOME OF THESE POWER TOOLS ARE PIPE MACHINES, ELECTRIC HAMMERS, ELECTRIC DRILLS & POWER GRINDERS. SOME OF THE HAND TOOLS A PERSON MUST BE ABLE TO USE ARE HAMMERS, SCREWDRIVERS, HACKSAWS, PIPE CUTTERS, PIPE DIES, & ALL TYPES OF PLIERS. A PERSON MUST BE ABLE TO READ A RULER & CUT A PIECE OF PIPE. A PERSON MUST BE ABLE TO CLIMB A LADDER & WORK IN HIGH PLACES.

THE APPRENTICE COMMITTEE SELECTS STUDENTS OF ANY RACE, COLOR, NATION OR ETHNIC ORIGIN, SEX, AGE, AGE AND DISABILITY TO ALL THE RIGHTS, PRIVILEGES, PROGRAMS AND ACTIVITIES GENERALLY ACCORDED OR MADE AVAILABLE TO STUDENTS AT THE SCHOOL. THE APPRENTICESHIP COMMITTEE IS ACTIVELY RECRUITING APPLICANTS INCLUDING MINORITIES AND FEMALES.

# **WHAT IS APPRENTICESHIP?**

Apprenticeship is a training strategy that

- Combines supervised structured on the job training with related theoretical instruction and is sponsored by labor/management and employer groups that have the ability to hire and train in a work environment.

- Prepares people for skilled employment by conducting training in bona fide and documented employment settings. The content of training, both on-the-job and related instruction, are defined and dictated by the needs of the specific occupation within an industry. In the building trades, for example, some apprenticeship programs are as long as five years with up to 240 hours of related instruction per year.

- Has requirements that are clearly delineated in Federal and State laws and regulations. The National Apprenticeship Act of 1937 (also known as the Fitzgerald Act) and many State laws provide the basis for the operation of formal apprenticeship training programs in the U.S.; regulations that implement these laws are in force today. These laws and regulations establish minimum requirements for protecting the welfare of the apprentice, such as the length of training, the type, and amount of related instruction, supervision of the apprentice, appropriate ratios of apprentices to journeypersons, apprentice selection and recruitment procedures, wage progression, safety, etc.

- Is a contract that leads to a Certificate of Completion and official journeyperson status. These credentials have explicit meaning, recognition and respect in the eyes of Federal and State governments and relevant industries.

- Involves a tangible and generally sizable investment on the part of the labor/management and employer sponsored program.

- Pays wages to its participants during the on-the-job training phase of their apprenticeship and that increases these wages throughout the training program in accordance with a predefined wage progression scale.

- The participant learns by working directly under the supervision and tutelage of masters in the craft, trade, or relevant occupation area.

- Involves a written agreement and an implicit social obligation between the program sponsor and the apprentice. The written agreement, which is signed by both the apprentice and the program sponsor and is ratified by the government, details the roles and responsibilities of each party. It is the implicit social obligation of the labor/management and employer to employ the apprentice upon completion of training given the investment in training and gives the apprentice a reasonable right to expect such employment. Labor market conditions should guide the size of training programs to enable each party to maintain his or her side of the obligation.

## WHY A UNION APPRENTICESHIP?

There are many advantages in becoming a Union Apprentice. You will become a member of a Local Union, which is comprised of a group of workers in your trade - which as a unit negotiates a contract with employers. This contract establishes working conditions, wages, hours of work, fringe benefits, & education opportunities. Your Local Union is part of a National Organization, which contributes support, direction, guidance & continuity to your Local Union & other Local Unions in the U.S. & Canada.

Your wages through out your career will be based on industry standards & the cost of living. The advantage of collective bargaining is you do not have to negotiate your wage as an individual & you are not required to renegotiate your wage if you change employers. As an apprentice, you will receive specified increases as you advance through the apprentice program. The pay rates for apprentices are usually an increasing percentage of the journeyman wage.

The collective bargaining agreement will contain a fringe benefit package that includes such necessities as medical & pension plans, life insurance & educational benefits. The cost of these benefit packages are not deducted from your wages, but in addition to your wages. A very important advantage to working under a collective bargaining agreement is that the benefit package is part of that agreement & if you change employers, providing you are employed by another signatory contractor, your benefits will continue without a lapse.

As a union apprentice, you have the advantage of established working conditions governing your assigned tasks. You are not solely dependent on government agencies to assure a safe work place. You have union representation that can investigate unsafe conditions & most important, give advice & support. Your employer is required to supply specific safety equipment & you will receive safety training. Your hours of work are restricted to designated periods of time or you must be compensated at a premium rate for variations of the work hours. You will have established holidays & if required to work, you will be paid at a premium rate.

Union apprenticeship programs have a long record of established comprehensive apprentice training. The programs are designed to teach the apprentice all phases of the craft necessary to become a qualified, versatile worker who is able to perform all tasks of the specific trade. There is no tuition cost for the training. Qualified journeymen with practical job site experience teach the classes. The apprentice instructors usually are participating in or have completed special training to become a qualified instructor of the craft. The union programs use textbooks that are nationally recognized & include practical applications & information that is used throughout the U. S. & Canada. The related training is arranged in a specific order to maintain continuity with job site progress & other related training classes. Upon completion of apprenticeship, there are additional classes offered to assure that the journeyman is trained in the latest technology & can obtain or renew certifications & qualifications that are frequently required in the construction industry.

Upon completion of the apprentice program, union members may relocate to other Local Unions in other locations in the U. S. & have the same protection as offered at the original Local.

In addition to employment & training benefits, union apprenticeship programs offer various social benefits. Acquaintances made both at work or training class will evolve into long lasting friendships. As a union member, you may participate in benevolent civic activities with other trades people such as blood donor drives; collections for diabetes & leukemia, etc; & making repairs or contributing labor to make repairs for needy persons. Members are also active in establishing political policy that protects the needs of working class people.

Finally, as a union apprentice, you are represented by a committee comprised of trustees from both labor & management with the authority to oversee your progress in the apprentice program. In addition, you have full time union officers to aid & represent you to assure safe & fair working conditions & when necessary, help you obtain compensation in cases of unemployment or job site injury.

In summary, as a union apprentice, you will be compensated fairly for your labor with the ability to improve your skills & advance in the industry. You will be given the courtesy & respect that every qualified, dependable, industrious worker deserves. You will be able to provide your family with decent food, shelter, education, & health care.




# APPLICATION FOR APPRENTICESHIP

## *STEAMFITTERS LOCAL 602 JAC*

## ALL INTERESTED!

### INTERESTED IN A JOB IN AN EXCITING CAREER in:

> HEATING
> AIR CONDITIONING
> REFRIGERATION
> PROCESS PIPING
> CONSTRUCTION & SERVICE FIELD

APPLICATIONS MAY BE MADE IN PERSON AT EITHER LOCATION

| U.A. MECHANICAL TRADES SCHOOL | HAMPTON INN |
| 8509 ARDWICK-ARDMORE ROAD | 7295 WILLIAMSON BLVD. |
| LANDOVER, MARYLAND 20785 | MANASSAS, VIRGINIA 20109 |
| 301-341-1555 | |

WE WILL ACCEPT APPLICATIONS AT BOTH LOCATIONS ON THE FOLLOWING DATES FROM 8AM TO 11AM ONLY

| WEDNESDAY JANUARY 2, 2008 | MONDAY JANUARY 7, 2008 |
| THURSDAY JANUARY 3, 2008 | WEDNESDAY JANUARY 9, 2008 |
| FRIDAY JANUARY 4, 2008 | FRIDAY JANUARY 11, 2008 |

**REQUIREMENTS:** MINIMUM AGE of 18 BY AUGUST 15th, 2008
HIGH SCHOOL DIPLOMA EARNED by JUNE 30, 2008 or GED CERTIFICATE by JANUARY 31, 2008

**PRESENTATION of the FOLLOWING DOCUMENTS IS REQUIRED at TIME of APPLICATION:**

1. HIGH SCHOOL DIPLOMA (or LETTER STATING that YOU WILL GRADUATE in JUNE of YEAR in WHICH YOU are APPLYING) or GED CERTIFICATE and GRADE SCORES
2. OFFICIAL TRANSCRIPT of HIGH SCHOOL GRADES (in SEALED ENVELOPE from school)
3. SOCIAL SECURITY CARD
4. BIRTH CERTIFICATE
5. PHOTO IDENTIFICATION (DRIVERS LICENSE PREFERRED)
6. DD 214 (if VETERAN)

**ALL APPLICANTS are REQUIRED to TAKE the FOLLOWING TESTS:**

1. A MATH TEST, GIVEN by the JATC, MUST be PASSED with a 70.00% in ORDER to be CONSIDERED for an INTERVIEW. THE SAMPLE MATH TESTS are AVAILABLE BY CONTACTING THE APPRENTICE OFFICE.
2. DRUG TEST (MUST be PASSED if ACCEPTED INTO THE PROGRAM and RANDOMLY GIVEN THEREAFTER).

THE APPRENTICESHIP COMMITTEE SELECTS STUDENTS OF ANY RACE, COLOR, SEX, NATIONAL OR ETHNIC ORIGIN TO ALL RIGHTS, PRIVILEGES, PROGRAMS, AND ACTIVITIES GENERALLY ACCORDED OR MADE AVAILABLE TO STUDENTS IN THE SCHOOL.

WE WILL BE HOLDING AN OPEN HOUSE & MATH TEST REVIEW ON SATURDAY, DECEMBER 1, 2007 AT 8 AM AT THE U.A. MECHANICAL TRADES SCHOOL AT 8509 ARDWICK-ARDMORE ROAD IN LANDOVER, MARYLAND.

THOSE INTERESTED IN HELPER'S JOBS MAY CONTACT THE STEAMFITTERS LOCAL 602 UNION HALL AT 301-333-2356.