IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>HAJILE KASHIF GHOLSON, )<br>  )<br>Defendant. )<br>_____ ) | Crim. No. 06-183 (GK)<br><br>**FILED**<br>NOV 3 0 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

Upon consideration of the defendant's Unopposed Motion to Modify Conditions of Probation, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that defendant's condition of electronic monitoring is hereby **VACATED**.

All other conditions of defendant's probation remain the same.

**SO ORDERED.**

_Gladys Kessler_
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE

Nov. 29, 2007
DATE

Jonathan S. Jeffress, AFPD
Perham Gorji, AUSA
Danny Thomas, United States Probation Office